Case Name:  ERDMANN, MISTI L.
                FDBA KEN'S POWERWASH
Case No:      06-71963

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 8, 2008          WILLIAM T. NEARY
                                                United States Trustee, Region 11

                                BY:   */s/ Carole J. Ryczek*
                                         CAROLE J. RYCZEK
                                         Attorney for the U.S. Trustee