## UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ERDMANN, MISTI L | CHAPTER 7 -- Liquidation |
| POWERWASH, KEN'S | CASE NO. 06-71963 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-3072 35-6788721<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on January 26, 2009 at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 2,210.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 3,808.83 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 371.83 |
| DAVID A. AABY<br>Attorney for Trustee | 10,709.77 | 10,709.77 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 35,005.01

    b. Disbursements      $ 14,018.44

    c. Net Cash Available for Distribution      $ 20,986.57

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $14,595.91, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $5,152.68.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

___11/17/08___                          _s/s Joseph D. Olsen_
DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1            Date Rcvd: Dec 12, 2008
Case: 06-71963                Form ID: pdf002            Total Served: 31

The following entities were served by first class mail on Dec 14, 2008.
 db           +Misti L Erdmann,    2027 Will James Road,    Rockford, IL 61109-4852
 aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
 aty          +David A Aaby,    David A. Aaby Attorney at Law,    1318 East State Street,
                Rockford, IL 61104-2228
 aty          +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,    Loves Park, IL 61111-5002
 tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
10977345      +ACADEMY COLLECTION SERVICE, INC.,    10965 Decatur Rd.,    Philadelphia, PA 19154-3294
10977346      +AMCORE BANK, N.A.,    Attn: Marilyn Kiefer,    1210 S. Alpine Road,    Rockford, IL 61108-3946
10977347       AMOCO/BP,    P.O. Box 689014,    Des Moines, IA 50368-9014
10977348       CITGO CREDIT CARD CENTER,     P.O. Box 689095,    Des Moines, IA 50368-9095
10977349      +CITI CARDS,    P.O. Box 6000,    The Lakes, NV 89163-0001
10977350       CITIMORTGAGE, INC.,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
10977351      +DIRECT MERCHANT BANK,    P.O. Box 22128,    Tulsa, OK 74121-2128
10977352       FASHION BUG,    P.O. Box 84073,    Columbus, GA 31908-4073
10977353       FIRST PREMIER BANK,     P.O. Box 5519,    Sioux Falls, SD 57117-5519
10977354      +HOUSEHOLD CREDIT SERVICES,     P.O. Box 80027,    Salinas, CA 93912-0027
10977355       HSBC CARD SERVICES,    P.O. Box 80084,    Salinas, CA 93912-0084
10977356       JUNIPER BANK,    P.O. Box 8801,    Wilmington, DE 19899-8801
10977357      +KENNEY ERDMANN,    504 Martin Road,    Rockford, IL 61109-1952
10977358       KOHL'S,    P.O. Box 3043,    Milwaukee, WI 53201-3043
11209133      +Kohls/Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas, TX 75374-0933
10977359       MBNA AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
10977360      +MUTUAL MANAGEMENT SERVICES, INC.,    c/o Attorney James C. Thompson,    515 North Court Street,
                Rockford, IL 61103-6807
10977361      +PHILLIPS & COHEN ASSOCIATES, LTD.,    258 Chapman Rd., Suite 205,    Newark, DE 19702-5446
11254137       Roundup Funding, LLC/Juniper Bank,    MS 550,    PO Box 91121,    Seattle, WA, 981119221
10977362      +TCF NATIONAL BANK,    c/o Attorney David T. Cohen,    10729 West 159th Street,
                Orland Park, IL 60467-4531
11329212     +++Various Creditors,    c/o MUTUAL MANAGEMENT SERVICES, INC.,    P. O. BOX 4777,
                ROCKFORD, IL. 61110-4777
11262911       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
                POB 35480,    Newark NJ 07193-5480
11221514      +eCast Settlement Corp,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Dec 13, 2008.
11220709      +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 13 2008 01:00:56
               B-Line, LLC/Juniper Bank,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
12140623       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11362113      +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 13 2008 01:00:56     Roundup Funding, LLC,
               Mail Stop 550,    2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2008**                **Signature:** _Joseph Speetjens_