IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MISTI L. ERDMANN, | ) | CASE NO. 06-71963 |
| | ) | |
| Debtor. | ) | JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE Manuel Barbosa, Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

Dated: _____3/10/09_____

JOSEPH D. OLSEN, Trustee

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee is accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 2nd day of April, 2009.

WILLIAM T. NEARY, United States Trustee

By: Christine K. Miller
Christine K. Miller,
Paralegal Specialist